```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 15200
   CARL E ELLIS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

      Debtor
   SSN XXX-XX-1821


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/21/07 and confirmed on 12/12/07.

   2.  The case was dismissed after confirmation, 05/16/2008.

   3.  The Debtor paid a total of $   2214.88 .

   4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
STANDARD BANK & TRUST CO  CURRENT MORTG         .00            .00            .00
STANDARD BANK & TRUST CO  MORTGAGE ARRE     1778.96            .00        1778.96
DITECH.COM                SECURED               .00            .00            .00
DITECH.COM                MORTGAGE ARRE         .00            .00            .00
FORD MOTOR CREDIT         UNSECURED         2286.84            .00            .00
AMERICAN FINANCIAL CO     UNSECURED        NOT FILED           .00            .00
CDA PONTIAC               UNSECURED        NOT FILED           .00            .00
COMED                     UNSECURED        NOT FILED           .00            .00
CREDITORS DISCOUNT & AUD  UNSECURED        NOT FILED           .00            .00
GLOBAL PAYMENTS           UNSECURED        NOT FILED           .00            .00
HSBC TAXPAYER FINANCIAL   UNSECURED        NOT FILED           .00            .00
NCO FINANCIAL             UNSECURED        NOT FILED           .00            .00
NICOR GAS                 UNSECURED        NOT FILED           .00            .00
NICOR GAS                 UNSECURED        NOT FILED           .00            .00
PELLETTIERI & ASSOC       UNSECURED        NOT FILED           .00            .00
SBC AMERITECH             UNSECURED        NOT FILED           .00            .00
ROBERT V SCHALLER         REIMBURSEMENT       89.00            .00          89.00
TRI CAP INVESTMENT PARTN  UNSECURED          458.91            .00            .00
ROUNDUP FUNDING LLC       UNSECURED         1190.27            .00            .00

CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
      Summary of disbursements:
--------------------------------------------------------------------------------
                 SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  1778.96      89.00      3936.02         .00        5803.98
PRINCIPAL PAID      1778.96      89.00         .00          .00        1867.96
INTEREST PAID           .00        .00         .00          .00            .00
TOTAL PAID          1778.96      89.00         .00          .00        1867.96
```

The Debtor's attorney, ROBERT V SCHALLER             , was allowed $   3500.00 and was paid $     242.67 .

The Trustee received $     104.25 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE



                              PAGE   2
        CASE NO. 07 B 15200 CARL E ELLIS